UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN JOE WHITE,<br><br>            Plaintiff,<br><br>     v.<br><br>TAMELA KENNEDY; ROGER K. STEWART; JOHNATHAN R. RUSKOVISH,<br><br>            Defendants. | 1:14-cv-1835 – AWI - BAM<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a state prisoner proceeding pro se in this civil action.  Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**.  Plaintiff is advised that any application to proceed in forma pauperis must be accompanied by a certified copy of his prison trust statement for the six months period

immediately preceding the filing of the complaint. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

   Dated:   **November 25, 2014**     /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE